1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HON LAU,

11              Plaintiff,                    No. CIV S-10-0297 DAD P

12        vs.

13   CALIFORNIA GOVERNMENT
     CODE 68635,
14
             Defendant.               ORDER
15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.

19              Plaintiff's in forma pauperis application does not include a certified copy of

20   plaintiff's prison trust account statement for the six-month period immediately preceding the

21   filing of the complaint in this action or a signed prison official's certification.  See 28 U.S.C.

22   § 1915(a)(2).  Plaintiff's incomplete application will be denied with leave to file a properly

23   completed application to proceed in forma pauperis.

24              Accordingly, IT IS HEREBY ORDERED that:

25              1.  Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is denied

26   without prejudice;

1

1        2.  Plaintiff shall submit, within thirty days from the date of this order a properly

2 completed in forma pauperis application that includes a certified copy of plaintiff's prison trust

3 account statement for the six-month period immediately preceding the filing of the complaint in

4 this action and a prison official's certification; plaintiff is cautioned that failure to comply with

5 this order or seek an extension of time to do so will result in a recommendation that this action be

6 dismissed without prejudice; and

7        3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8 In Forma Pauperis By a Prisoner for use in a civil rights action.

9 DATED: February 12, 2010.

12 DAD:9:mp
lau0297.3e

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2