IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,                No. CIV S-10-0297 DAD P

    vs.

CALIFORNIA GOVERNMENT
CODE 68635,

        Defendant.          ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff commenced this civil rights action by filing a complaint, together with an incomplete in forma pauperis application. On February 16, 2010, the court denied plaintiff's in forma pauperis application without prejudice and ordered plaintiff to submit within thirty days a properly completed in forma pauperis application.  In response to the court's order, plaintiff filed a notice of interlocutory appeal, which the Ninth Circuit recently dismissed for lack of jurisdiction.

        In the interest of justice, the court will grant plaintiff a final thirty days to file a properly completed in forma pauperis application that includes a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

       2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: April 20, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lau0297.3e(2)