IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

      Plaintiff,                     No. CIV S-10-0297 DAD P

    vs.

CALIFORNIA GOVERNMENT
CODE 68635,

      Defendant.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On several occasions, the court has directed plaintiff to either pay the filing fee in full for this action or file a properly completed in forma pauperis application. (<u>See</u> Doc. Nos. 4, 13, 16, & 18.) On each occasion, and most recently on June 3, 2010, plaintiff has filed an in forma pauperis application without a certified copy of his trust account statement, as required by 28 U.S.C. § 1915(a)(2).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 3, 2010 application to proceed in forma pauperis (Doc. No. 19) is denied; and

        2. Within thirty days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed for failure to pay the filing fee in full or file a properly

1

1  completed in forma pauperis application.  If plaintiff is unable to obtain a certified copy of his
2  trust account statement from the California Department of Corrections and Rehabilitation, as he
3  seems to suggest, he shall provide the dates on which he requested his trust account statement; to
4  whom he made his requests; and the reasons that were given by prison officials for denying his
5  request.  Plaintiff is warned that failure to respond to this order may result in dismissal of this
6  action for the reasons outlined above.

DATED: June 8, 2010.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
lau0297.46ifp