IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,                  No. CIV S-10-0297 DAD P

    vs.

CALIFORNIA GOVERNMENT CODE 68635,

        Defendant.            ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On several occasions, the court directed plaintiff to either pay the filing fee in full for this action or file a properly completed in forma pauperis application. (See Doc. Nos. 4, 13, 16, & 18.) On each occasion, plaintiff has filed an in forma pauperis application without a certified copy of his trust account statement, as required by 28 U.S.C. § 1915(a)(2).

        On June 8, 2010, the court ordered plaintiff to show cause in writing why this action should not be dismissed for failure to file a properly completed in forma pauperis application. The court instructed plaintiff that if he was unable to obtain a certified copy of his trust account statement, he was required to provide the dates on which he requested his trust account statement; to whom he made his requests; and the reasons that were given by prison officials for denying his request.

1

In response to the court's order to show cause, plaintiff has filed a motion for relief from the order and has offered a vague and unsatisfactory explanation as to why he has been unable to complete his in forma pauperis application. Shortly after filing his motion, plaintiff filed a notice of change of address informing the court that he recently transferred from the Robert J. Donovan Correctional Facility to Kern Valley State Prison (KVSP). In the interest of justice, the court will grant plaintiff's motion for relief and discharge the order to show cause. However, in light of plaintiff's recent transfer to KVSP, the court will provide plaintiff one final opportunity to file a properly completed in forma pauperis application within thirty days. Failure by plaintiff to do so will result in a recommendation that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 18, 2010 motion for relief (Doc. No. 21) is granted;

2. The court's June 8, 2010 order to show cause is discharged;

3. Plaintiff shall submit within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 7, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lau0297.dch

2