IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,                                  No. CIV S-10-0297 DAD P

    vs.

CALIFORNIA GOVERNMENT
COED 68635,

        Defendant.                              <u>ORDER</u>

/

        On August 29, 2011, plaintiff filed a notice of change of address. The notice is also styled as a motion for reconsideration. This civil rights action was closed on March 10, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 8, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
lau0297.58